**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2019-CA-0416

Terry McCain

- - Versus - -

Lewis Companies, Inc. & LUBA Casualty Insurance
Company

Workers Compensation Administration, Baton
Rouge District Office, 5
Case #: 1703030
East Baton Rouge Parish

On Application for Rehearing filed on 02/20/2020 by Terry McCain

Rehearing    denied

Page McClendon

Jewel E. "Duke" Welch

Guy Holdridge

Date    JUL 0 8 2020

Rodd Naquin, Clerk